**\*\*E-filed 09/23/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO V. NAGUIAT, JR., et al.,<br><br>    Plaintiffs,<br>  v.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>    Defendant.<br>_____/ | No. C 10-4303 RS<br><br>**ORDER SETTING PRELIMINARY INJUNCTION HEARING AND DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

    Plaintiffs Antonio V. Naguiat and Olivia B. Magno move for a temporary restraining order and a preliminary injunction restraining defendant from proceeding with a non-judicial foreclosure sale of their primary residence, which they assert is presently scheduled for October 8, 2010. A hearing on the motion for preliminary injunction shall be held at 11:00 a.m. on October 6, 2010 in Courtroom 3, 17th Floor, of the Court, located at 450 Golden Gate Avenue, San Francisco, CA. Defendant may file any opposition to the motion no later than noon, on October 4, 2010. The Court reserves the right to decide the matter without oral argument, pursuant to Civil Local Rule 7-1(b) and will notify the parties in advance if the hearing is vacated. The application for a temporary restraining order is denied as moot.

Dated: 9/23/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

BAC Home Loans Servicing, LP
c/o CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017


Courtesy Copies provided by facsimile transmission to:

Bahareh Maryam Mostajelean
James Goldberg
**Bryan Cave LLP**
Fax: 415-675-3434

Molly Alissa Taylor
David C Powell
John Douglas Pingel
Adam M Forest
David S. Reidy
**Reed Smith LLP**
Fax: 415-391-8269


DATED:  9/23/10

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

2