**Name and Address:** ANTONIO V. NAGUIAT JR. / OLIVIA B. MAGNO
47945 AVALON HEIGHTS TERRACE
FREMONT, CA 94539

FILED
2010 SEP 29 P 12: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANTONIO V. NAGUIAT JR.
AND
OLIVIA B. MAGNO

**Plaintiff / Petitioner**

VS.

BAC HOME LOANS SERVICING, LP

**Defendant / Respondent**

**Case No.** C10-04303 RS

**Document Name:**

AFFIDAVIT OF NOTICE
PROOF OF TRASMISSION

# AFFIDAVIT OF NOTICE

I, ANTONIO V. NAGUIAT JR & OLIVIA B. MAGNO do swear and affirm that I have served a signed copy of this Petition for TRO to RECONTRUST by way of facimile on 24th day of SEPTEMBER, 2010 at approximately 2:00 (a.m./p.m.). Proof of delivery is attached. RE FAXED AGAIN ON SEPTEMBER 29, 2010 at 10:48 AM. PROOF OF TRANSMISSION IS ATTACHED.

Additionally, I did telephone the offices of RECONTRUST at (800)281-8219 and spoke with AXEL SOTO. During that conversation I requested a delay in the impending foreclosure sale and the response was NEGATIVE. HE SAID ONLY BANK OF AMERICA CAN AUTHORIZE A DELAY IN THE FORECLOSURE SALE.

Further, I asked AXEL SOTO if he/she would stipulate to the TRO and the response was NEGATIVE. HE SAID HE DOES NOT HAVE THE AUTHORITY.

Notice was given, alternatives were sought, cooperation was (not) forthcoming.

_____            _____
Antonio V Naguiat, Jr and             Olivia B Magno

State of California
County of Alameda ) ss.

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

[margin annotations: Re., They, are, Their, Their Re.]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR

RUTA CHAUDHARI
COMM. #1828860
Notary Public - California
Alameda County
My Comm. Expires Jan. 26, 2013

Notary Seal

*California All-Purpose Acknowledgment Attached*

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __Alameda__

On __29th Sept. 2010__ before me, __Ruta Chaudhari, Notary Public__,
(Here insert name and title of the officer)

personally appeared __Antonio V Naquiat Jr. and Olivia B Magno__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

__Ruta Chaudhari__
Signature of Notary Public

(Notary Seal)

RUTA CHAUDHARI
COMM. #1828860
Notary Public - California
Alameda County
My Comm. Expires Jan. 26, 2013

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__Affidavit of Notice__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages __1__  Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com

**PSC 2000 Series 2210v**
Personal Printer/Fax/Copier/Scanner

Log for
Olivia Magno
5104876566
Jan-00-00 00:00AM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jan 00 | 00:00AM | Fax Sent | 18055774562 | 1:32 | 6 | OK |

**PSC 2000 Series 2210v**
**Personal Printer/Fax/Copier/Scanner**

**Log** for
Olivia Magno
5104876566
Sep 29 2010 10:47AM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Sep 29 | 10:42AM | Fax Sent | 18055774562 | 1:32 | 6 | OK |