**\*\*E-filed 10/8/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO V. NAGUIAT, JR., et al., | No. C 10-4303 RS |
| Plaintiffs, | **ORDER DENYING PRELIMINARY INJUNCTION AS MOOT** |
| v. | |
| BAC HOME LOANS SERVICING, LP, | |
| Defendant. | |

    Plaintiffs' request for leave to register for e-filing in this action is granted. Plaintiffs may register for ECF at the following website: https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm

    Plaintiffs must also register on PACER to view documents and the docket sheet: www.pacer.gov. Plaintiffs must comply with the Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic filing including General Order 45 which requires in part that parties must provide the judge's chambers with a paper copy of each document that is filed electronically, marked "Chambers Copy." By registering, plaintiffs accept responsibility for all technical requirements and computer-related tasks associated with participation in the ECF program.

    After registering on ECF and PACER, plaintiffs must file a notice of ECF registration that plaintiff has made available an electronic mail address for service of papers electronically filed on the docket. Upon filing of such notice, the court will designate this action for the ECF program.

This exemption may be revoked at the discretion of the court at any time. The clerk of the court shall send a copy of this order to the PACER Service Center.

IT IS SO ORDERED.

Dated: 10/8/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Antonio V. Naguiat, Jr.
Olivia B. Magno
47945 Avalon Heights Terrace
Fremont, CA 94539

DATED:

/s/ Chambers Staff
Chambers of Judge Richard Seeborg